In The District Court of the United States
For the Southern District of Texas Houston Division

| | |
|---|---|
| Nannette Carley as a private attorney general ex rel the United States of America on my own behalf and on behalf of all who are similarly situated,<br>    Plaintiff<br>Vs<br><br>Saalwaechter, Inc.<br>and Tomball Independent School District[1]<br>and The County of Montgomery[2]<br>and all others similarly situated<br>as racketeer influenced corrupt organizations<br><br>David Saalwaechter and J. Randall Bays<br>and all others similarly situated as predicate actors[3]<br>Situated as predicate actors<br><br>Defendants. | United States Courts<br>Southern District of Texas<br>FILED<br>**09/09/2024**<br>Nathan Ochsner, Clerk of Court<br><br>Case No._____ |

## ORIGINAL PETITION

Petition, claim and complaint under authority of 18 U.S.C. § 1964(a)&(c) – racketeering a.k.a. Civil RICO for dissolution or reorganization of the supra identified racketeer influenced corrupt organizations as well as treble damages for Nannette Carley prior to turning over this instant case to the racketeering section of the United States of America after clearly identifying Nannette Carley as a whistleblower. NOTE: a separate RICO case statement will be filed with this Court prior to achieving service of process on named defendants. NOTE: a separate RICO case statement will be filed with this Court contemporaneously with achieving service of process on named defendants.

### Subject matter jurisdictional statement

    **FEDERAL QUESTION JURISDICTION: 28 U.S.C. § 1331:** The federal district court has subject matter jurisdiction to consider this claim under authority of 18 U.S.C. § 1964(a) & (c) and by virtue of sufficient pleadings clearly articulating violations of federal and state laws regarding the Takings Clause of the United States Constitution, extortion as provided for at 18 U.S.C. § 878 and filing false clouds to title.

---

[1] Tomball Independent School District is not being sued in its capacity as a municipal corporation.
[2] The County of Montgomery is not being sued in its capacity as a municipal corporation.
[3] A number of other predicate actors who were indispensable parties are not named at this time for their propensity to make death threats to parties similarly situated to Nannette Carley.

1

## Statement of *in personam* jurisdiction

Saalwaechter, Inc., Tomball Independent School District, and Montgomery County, hereinafter the "RICO enterprises" are associations in fact affecting interstate commerce within the jurisdictional boundaries of the Southern Federal District of Texas, Houston Division; the predicate acts were perpetrated with said District and Division by David Saalwaechter, J. Randal Bays, and others not named at this time. This Court shall determine that the enterprises, to a great extent, have been constructed not for legitimate purposes, but operate, to an extent, for purposes of perpetrating frauds and swindles as described in the separate RICO case statement.

## Statement of venue

Venue is appropriate in the Southern Federal District of Texas, Houston Division as the unlawful acts were perpetrated in the geographic confines of the Southern Federal District of Texas, Houston Division.

## Theory of the case

The Defendants in this instant complaint conspired to violate the Takings Clause of the United States Constitution, engaged in extortion, and filed numerous false clouds to title not only to cheat Nannette Carley but to deprive of Carley of resources to seek remedy for the aforementioned wrongs, which have deprived Carley of a large sum of money, likely nearly a million dollars as well as depriving Carley using remaining property as a resource for funds.

## Statement of facts

1. My home was taken via tax foreclosure by Judge Kristen Bays, without notice and without a jury trial as required for a homestead. I was not noticed of a public sale; based on information and belief, David Saalwaechter, the presumptive owner of SAALWAECHTER INC., was tipped off by attorney J. Randall Bays, the husband of Judge Kristen Bays, in like manner to inside trading and purchased my home for taxes due at a rate of less than ten cents on the dollar.

2. Through great personal effort and sacrifice I redeemed my home on November 4, 2020 and was thereafter, until this time, listed as the record deed owner and taxpayer. I was kept from entering

my property by the Constables under threat of arrest after David Saalwaechter refused to leave the premises when I returned on that November 4th day.

3. Upon later gaining entry, I found damage to the property such as ripped out carpet, changes to the topography of my land, and missing property such as outbuildings and other valuable private property, and was unable to move in until February of 2021.

4. About February of 2021 Saalwaechter and Bays prepared papers sent through the U.S. Mail with the intent that I rely on false writings to accede to the threat of violence, and that my redemption of the property was ineffective.

5. I answered SAALWAECHTER'S petition and counterclaimed with several allegations including but not limited to abuse of process and damages to property. About (date) Judge Santini evicted me from my redeemed property under threat of arrest requiring SAALWAECHTER INC. post a bond of merely one hundred dollars to occupy my homestead valued at the time at approximately $750,000.00.

6. About March of 2021 Judge Santini, via an ex parte trial and without adjudicating my counterclaim, and without ever granting me even so much as a single hearing while granting SAALWAECHTER INC. all the hearings he wanted, further granted SAALWAECHTER INC. a summary judgment while facts were in dispute.

7. I appealed and waited month in, month out, year in, year out.

8. About September 2022 I was threatened with a suit for unpaid taxes. I noticed the appellate Court that I was the record deed owner and taxpayer and requested that the appellate Court rule on whether my redemption was valid warranting returning my home to me, or if invalid, empowering me to recover the sum I'd paid for the redemption and recover my equity in my

3

home as illustrated in **Hall v Meisner 51 F.4th 185, 187–88 (6th Cir. 2022)**. Later, the **Tyler v. Hennepin County 598 U.S. 631 2023**, decision came out.

9. The Appellate Court declined to rule and sometime thereafter sustained the lower Court's ruling. I then appealed en banc but was declined review of the proceedings in the lower Court that deprived me of my equity as well as bizarrely cheating me out of the sum I paid for redemption.

10. I sought justice by review by the Supreme Court of Texas which was denied.

11. The mandate was issued without instruction effectively cheating me out of about $650,000.00 equity in my home, cheating me out of valuable property stolen by David Saalwaechter, and even cheating me out of the sum of $101,650 which I had paid for the redemption; SUBMITTED: The defendants can't under any theory of law have possession and use of my property, obtained a capital gain of $650,000.00 TAX FREE, apparently constituting tax evasion, and keep my money paid for redemption, but not returned, and thanks to multiple clouds to title, leaving me liable for the property taxes for property that I'd been forced out of, and unable to sell other properties to pay my legal expenses, bills, and taxes.

Predicate acts of fraud and extortion

| Date | Act |
|---|---|
| December 4th, 2020 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| February 22nd, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| March 9th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |

| | |
|---|---|
| March 16th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| April 16th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing two false writings that Saalwaechter and Bays knew the falsity of and uttering the false writings through the U.S. Mail. |
| May 25th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| August 20th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| September 7th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing two false writings that Saalwaechter and Bays knew the falsity of and uttering the false writings through the U.S. Mail. |
| September 14th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| October 18th, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |
| October 21st, 2021 | David Saalwaechter and J. Randall Bays conspired to cheat Nannette Carley by preparing a false writing that Saalwaechter and Bays knew the falsity of and uttering the false writing through the U.S. Mail. |

Preliminary conclusions and remedy sought

Determination by this Court that Saalwaechter, Inc. is an association in fact affecting Interstate Commerce where David Saalwaechter and J. Randall Bays conspired through a pattern of fraud to cheat Nannette Carley out of a large sum of money warrants this Court's Order dissolving Saalwaechter, Inc. and awarding Nannette Carley treble damages or a sum of 2.7 million dollars more or less and compelling Saalwaecther and Bays to remove all clouds to the titles of Carley's property followed by referral to competent authorities to investigate the greater practice of racketeering in re Montgomery County and

Tomball Independent School District and all entities similarly engaged in taking money and property under false pretenses.

Prepared and submitted by: _____
Nannette Carley
14090 FM 2920 Rd. Suite G
Tomball, Texas 77377
713-494-4727

Nathan Ochsner Clerk of Court
District Court of the United States for the Southern District of Texas Houston Division
P.O. Box 61010
Houston, Texas 77208
CM/RRR# 7021 1970 0001 2802 7285

Copies of this Complaint as well as the RICO case statement shall be mailed to:

| | |
|---|---|
| Ken Paxton | Racketeering Section |
| Office of the Attorney General | U.S. Department of Justice |
| 300 W. 15th Street | 950 Pennsylvania Avenue NW |
| Austin, TX 78701 | Washington DC 20530 |
| CM/RRR# 7020 0640 0001 2792 3409 | CM/RRR# 7021 1970 0001 2802 7230 |
| | |
| Alamdar Hamdani | U.S. Postmaster General |
| U.S. Attorney's Office | Criminal Investigations Service Center |
| Southern District of Texas | Attn: Mail Fraud |
| 1000 Louisiana, Ste. 2300 | 433 Harrison Street Rm. 3255 |
| Houston, TX 77002 | Chicago, Illinois 60699-3255 |
| CM/RRR# 7021 1970 0001 2802 7247 | CM/RRR# 7021 1970 0001 2802 7254 |

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
CM/RRR# 7021 1970 0001 2802 7278

6

# AFFIDAVIT OF FACTS

**(SKIM THROUGH VERSION)** April 13, 2021
Last Updated: July 2024

1) An **order for tax sale was issued for my homestead** by **Judge Kristin Bays out of the 284th** Judicial District, Montgomery County **while I was unconscious** due to disability and the house was **sold on December 3, 2019 without me ever having a single day in court much less a trial by jury. This was a show of unclean hands by the Montgomery County judiciary.**

2) In **December 2019**, my home was sold to SAALWAECHTER INC.

3) **I found out in April 2020,** that the house was sold and was **forced to vacate on June 2, 2020**

4) The home **valued at approx. $750,000 was sold for $75,000 to SAALWAECHTER INC.**

5) As per Texas Property Code my attorney at the time, David Murphy, contacted SAALWACHTER INC. for a list of costs, but **SAALWAECHTER INC. had stolen my other private property items and destroyed my church food forest and other property and was adding those charges into the cost presenting a bill on July 1, 2020 for $133,000.0000 without any supporting receipts.** The actual cost should be the original $75,000.00 plus maintenance costs to protect and keep the property (listed below), plus 25% on top of the sum of both.

6) **Texas Property Code is very clear on what can be charged for and how the property can be redeemed:**

> (f) <u>The owner of real property sold at a tax sale may redeem the real property by paying the required amount as prescribed by this section to the assessor-collector for the county in which the property was sold, if the owner of the real property makes an affidavit stating:</u>
> (1) that the period in which the owner's right of redemption must be exercised has not expired; and
> (2) that the owner has made diligent search in the county in which the property is located for the purchaser at the tax sale or for the purchaser at resale, and has failed to find the purchaser, that the purchaser is not a resident of the county in which the property is located, <u>that the owner and the purchaser cannot agree on the amount of redemption money due, or that the purchaser refuses to give the owner a quitclaim deed to the property.</u> (Emphasis added)
> (f-1) <u>An assessor-collector who receives an affidavit and payment under Subsection (f) shall accept that the assertions set out in the affidavit are true and correct. The assessor-collector receiving the payment shall give the owner a signed receipt witnessed by two persons. The receipt, when recorded, is notice to all persons that the property described has been redeemed.</u> The assessor-collector shall on demand pay

```
the money received by the assessor-collector to the purchaser. An
assessor-collector is not liable to any person for performing the
assessor-collector's duties under this subsection in reliance on the
assertions contained in an affidavit.
     (g)  In this section:
          (1)  "Land designated for agricultural use" means land for which
an application for appraisal under Subchapter C or D, Chapter 23, has been
finally approved.
          (2)  **"Costs" includes**:
               (A)  the amount reasonably spent by the purchaser for
maintaining, preserving, and safekeeping the property, including the cost
of:
                    (i)  **property insurance;**
                    **(ii) repairs or improvements required by a local
ordinance or building code or by a lease of the property in effect on the
date of the sale;**
                    **(iii) discharging a lien imposed by a municipality to
secure expenses incurred by the municipality in remedying a health or
safety hazard on the property;**
                    **(iv) dues or assessments for maintenance paid to a
property owners' association under a recorded restrictive covenant to
which the property is subject; and**
                    **(v) impact or standby fees imposed under the Local
Government Code or Water Code and paid to a political subdivision;**
```
.

7) So, SAALWAECHTER had attempted to overcharge me, his first show of unclean hands.

8) Meanwhile, on **June 15, 2020,** I sold a property in Harris County to defray some of the costs I was incurring and redeem the property sold to SAALWAECHTER and shortly after the sale I got a call from my real estate agent saying she had gotten a call from the agent at the Title company that handled the sale of my home telling her that David Saalwaechter had contacted the title company agent telling her that I could not sell that home due to an IRS lien on the home. The agent informed Saalwae0chter that a title search had been performed and there was no IRS lien on that property and that further he was not a party to the issue and she would not discuss it with him.

9) Then, in late **September 2020,** I received a letter from the Harris County Clerk of records stating that she was returning my filing along with my filing fee because a person cannot place an IRS lien on a property and that any such lien would have to be placed by the IRS. Well, obviously I didn't try to place an IRS lien on my own house so I was very confused and I looked to see what is this filing and fee. It turns out someone, I suspect Saalwaechter, had gotten a copy of a NOTICE of IRS LIEN off of one of my properties from Montgomery County, obtained a postal money order that was then filled out in my name using the address of the house I had

Page **2** of **8**

sold a month previous to the money order being issued, and sent it to the Harris County Clerk to file in an attempt to stop me from being able to sell my house and have the necessary resources to redeem my house that he had purchased.

10) Since the house had been sold before Saalwaechter made this attempt and since his attempt wouldn't have stopped me anyway, I was able to sell the house and get the money to redeem my Pin Oak property from Saalwaechter.

11) Even though the **clerk** had a money order made out in my name and the address of the house that had been sold, she **sent this correspondence to me** at my proper mailing address and that is how I found out that this had been done and got a copy of the fraudulent filing and money order. This was **SAALWAECHTER'S second and third show of unclean hands.**

12) On **November 4th, 2020, I lawfully redeemed the property** per Texas Property Code (above), paying **$101,650.00**, getting my receipt signed by two witnesses and filed into the County Clerks office, but when I tried to enter the property, David Saalwaechter, who just happened to be there at the time, refused me entry and I called the Sheriff. The **Sheriff's Deputy was presented my redemption/ownership papers from the County Clerk of Records and still refused me entry** and called the Constable. **The Constable's Deputy ordered me off of the property under threat of arrest and told me that the only way I was getting back on my property was to file a forcible entry and detainer with the JP** to regain entry even though **I told him no one lived in the home and a forcible entry and detainer is for evicting tenants.**

13) **Because Deputy Constable Hazelwood told me it was the only way I was getting back on my property, I filed the forcible entry and detainer which was denied by J.P. Matt Masden on December 28, 2020 in docket# EV2159,** and I also spoke to **Texas Representative Oliverson's office** who told me that I did not need to change the law, the law was sufficient meaning that **I was correct when I asserted the home had been lawfully redeemed,** he further stated that **title reverted back to me upon redemption.**

14) I also **spoke to the county attorney** who told me that the **Constable should have never forced me off my property.**

15) I further **spoke with the county recorder** who told me **that I was the lawful owner, and the property had been redeemed as of November 4, 2020 per the county filings.**

16) So, on **January 19th, 2021**, I went to the property and called the Deputy Constable Hazelwood and told him that I was entering the property and to come arrest me if he wanted to and **I retook possession** of the home. The Deputy Constable never showed up.

17) **The home had been destroyed, carpet ripped out, food forest ripped out, property missing, etc, etc.**

18) So, I had to replace carpet, and make other repairs upon and before moving in (changed locks, bought new Polaris pool cleaner, etc.)

19) On **February 2, 2021 I was finally able to move in,** but by then the purchaser, SAALWAECHTER INC., **was suing me for $100,000 in costs! His 4th show of unclean hands.**

20) I responded to the suit and filed a countersuit for the damages to my property, to which **SAALWAECHTER INC. filed a restraining order and temporary injunction to keep me from moving into and/or occupying my own property. Yet ANOTHER show of unclean hands by Saalwaechter.**

21) However, by that time **I had already occupied the property therefore a forcible entry and detainer should be required to remove me**, and any sums further owed SAALWAECHTER INC. would need to be decided by a separate court, **but Judge Vincent Santini chose to ignore the law and force me to move from my home which was in my name because it had been lawfully redeemed per Texas Property Code so now they have my money AND my home!** Yet another show of unclean hands on the part of the judiciary.

22) On **March 11, 2021, Vincenzo Santini out of the 457th unlawfully issued an injunction from me occupying my home and ordered me to move out in 21 days, even though there was no case properly before the court, no valid evidence entered to support any assertion of SAALWAECHTER INC., and I challenged the jurisdiction of the court and jurisdiction had never been proven on or for the record.** According to the <u>Supreme Court of the United States, once jurisdiction has been challenged, the court can not proceed until jurisdiction is proven. The SCOTUS also has ruled that any Judge who acts without jurisdiction is committing treason from the bench</u>, and his rulings are void ab initio, and that void orders do not need to be overturned they are a nullity, void of any force or effect, yet the <u>Constables chose to act on them and unlawfully remove me from my home even though they were warned in writing that the orders were void.</u> MORE UNCLEAN HANDS!

23) On **March 19th, 2021 I began moving out of my house again because I could not be secure** in my houses, persons, papers, or effects due to the unlawful and illegal court orders being previously followed by the Constable and the likelihood they would be again. Although I began moving out of my home for a second time, I left some items so that I could get my new carpet cleaned (the dog got nervous over the 3rd move in less than a year and got sick), and so that hopefully SAALWAECHTER INC. would not squat on my land and in my home.

24) On Wednesday **April 23 2021,** I received a call from the 457th stating that I had a court date for Friday April 25, 2021 – two days away. **I did not receive proper notice** so I did not appear.

25) On Friday **April 25, 2021** I spoke again to the 457th who stated that the court date for Friday had to be cancelled because Judge Santini was out sick and that the new court date for SAALWAECHTER INC.'S motions was set for Monday the 28th, **again I told them that was not proper notice.**

26) **My hearing on jurisdiction was not granted, as were none of my previous requests, however, SAALWAECHTER INC seems to getting his court dates even without proper notice.**

27) **AT NO TIME was I told how I may redeem my home, how my payment was deficient, what I needed to do to correct my errors, or given any other form of notice or opportunity to cure.**

28) On **May 19th, 2021**, I checked the court docket and saw my hearing for May 21st for **my stay and jurisdictional challenge had been taken off the docket!** I called the 457th to find out why and was **told that I did not give proper notice**, which I actually had done. When I asked why she was saying that she told me that I did not notice the court, however **I have a signed Return Receipt showing that I did notice the court.**

29) **Since I did not get proper notice** and could not seem to get any justice in this corrupt court, I filed a **NOTICE OF NON-APPEARANCE** for the May 28th court date.

30) **On that May 28th, 2021 court date, Santini issued a writ of possession for SAALWAECHTER INC., which I still have not received a copy of.**

31) On June 11, 2021 I got a call from Deputy Constable Hazelwood at 11:44am stating that **my home had been possessed by SAALWAECHTER INC., my Cadillac had been towed, and my possessions were out on the street!**

32) I immediately headed to the house and arriving at 12:02pm, found several items on the street but my Kirby vacuum was missing, my step latter was missing and several pieces of artwork were missing along with the items in the garage such as tiles, flooring and paint.

33) There was a notice on the fence which I had never received prior, **and the gate was closed, chained, and padlocked shut. So AFTER Santini had ordered me out of the house, the NOTICE of vacation and possession was served AT THAT HOUSE, WHERE I HAD MOVED FROM, instead of at my official mailing address, so again, I was given no notice** of the possession leading to the loss of the Kirby vacuum and other items. AGAIN, the only reason that ALL of my possessions were not in my home is because I could not be secure in my person, house, papers, or effects, and having been ordered to move, and having seen the Constable's Deputy act unlawfully previously by forcing me off of my property under threat of arrest and by throwing away, instead of storing items which he made me previously leave at the house, I moved out of the house for fear that I would lose everything which is indeed what would have happened had I not moved when I did.

34) On that same day, **June 11, 2021**, at 2:06 pm, I called S & B Storage and Towing to find out how and where to get my car and was told by "Richard" that he was going out of town and if I would call him on Sunday, he would not charge me for the days he was keeping my car captive between Friday and Sunday (how gracious, right?). The towing and storage fees for the car were $313.00 per Richard, however **I ended up paying $369.69 to recover my car that was taken from my home.**

35) **And I STILL have not been given proper notice and/or opportunity to cure.**

36) **It should be noted that SAALWAECHTER INC.'s attorney, J. Randall Bays is the husband of Judge Kristen Bays who issued the initial void <u>order for sale</u> while I was unconscious.**

37) Now, having **moved 3 times**, I was moved back into a rental house and on **July 14, 2021** I filed <u>NANNETTE CARLEY'S MOTION IN LIMINE IN RE PICTURES WHICH ARE INADMISSABLE UNDER THE RULES OF EVIDENCE</u> in which I **again asserted a jurisdictional challenge.**

38) In **August 2021, SAALEWAECHTER** filed a **motion for continuance** because he missed the deadline for a submission for Summary Judgment and wanted to move for such. Continuance for SAALWAECHTER was **granted** leaving way for him to file for Summary Judgment, showing a continuing favor for SAALWAECHTER by the court.

39) On **October 13, 2021** I filed <u>Nannette Carley notices this court, Hon. Vincenzo J. Santini, that this court is proceeding in clear absence of jurisdiction warranting both civil and criminal penalties for Mr. Santini's *corum non judice*/ Brief in opposition to Randall Bay's so- called "Partial Motion for Summary</u>

Page 5 of 8

Judgment"/ **Nannette Carley's countermotion for summary judgement** giving an offer of proof of the crimes being committed by the opposing party and the court

40) On **October 21, 2021**, Bays filed a **Motion for Sanctions** against me for what he called "repeated attempts to bully, shame, and command the court into acquiescing to her whims", and "arrogant assertions" via my pleadings of the fact that the court had certain non-discretionary duties.

41) On **October 29, 2021** a hearing for SAALWAECHTER's Motion for Sanctions against me for statements I made in my pleadings pointing out the corruption and fraud on the court was held. I was notified that there would be a hearing for SAALWAECHTER'S **motion for sanctions** and **told to appear in person,** even though the court already had my ADAAR (Americans with Disabilities Act Accommodations Request) which had previously been approved. **Because of my illness and the fact that Bays had called for possible arrest, mental evaluation/confinement, or appointing of a Guardian ad litem, I was sensing some nefarious intentions, and having a disability which prevented me from attending anyway,** I was not present at the hearing and **sanctions were granted against me giving me 3 days** by the time I received notice of the court's decision **to pay the court and attorney approx. $38,000.00 and striking all of my pleadings from the record in an attempt to hide their criminal acts.**

42) On **November 10, 2021**, Judge Santini issued a Final Judgment declaring that **1)** I had wholly defaulted by not appearing, **2)** The court had subject matter and personal jurisdiction over the parties involved (even though jurisdiction had been challenged and never proven on and for the record as is a matter of black letter law), **3)** that my Affidavit of Facts which was used to redeem my property was not an affidavit, **4)** That the Montgomery County Tax Assessor was without authority to issue the Redemption Receipt, **5)** That the Redemption Receipt was Invalid, Void, of no force or Effect, and did not vest title to the property in Nannette Carley, **6)** that the $101,650 that I deposited with the Montgomery County Tax Assessor-Collector was insufficient payment in order to redeem the property, **7)** that SAALWAECHTER INC is the true and rightful owner of the property, **8)** that SAALWAECHTER INC. recover from Nannette Carley the sum of $17,146.59 for which let execution issue, **9)** that SAALWAECHTER INC recover from Nannette Carley interest on the sums awarded beginning the date this Final Judgment is signed at the rate of 5% per annum for which let execution issue, **10)** Nannette Carley to pay SAALWAECHTER INC $15,000 appeal fees if SAALWAECHTER prevails and another $5,000 for oral arguments, plus interest of 5% per annum compounded annually, **11)** I am to pay another $5,000 for the review phase of the Texas Supreme Court should the case be reviewed by them, another $10,000 for the briefing stage, another $5,000 for Oral arguments stage, another 5% per annum, compounded annually, **12)** all writs to enforce Judgment shall issue

43) On **November 15, 2021** I filed **Nannette Carley notices this court, Hon. Vincenzo J. Santini, that Mr. Santini and Mr. Santini's co-conspirators are in violation of 18 U.S.C. § 241 which appears to be an attempt to subject Nannette Carley to further loss of property and/or liberty**

44) On **December 02, 2021**, I filed a **NOTICE OF APPEAL**.

45) On **April 13, 2022** I filed an **Appeal Brief** in the Court of Appeals State of Texas Ninth District

46) **September 26, 2022** having not heard from the appellate court and being under threat of taxes due and owing on this property, I filed an **Emergency Request for Intervention**

47) On **November 4, 2022**, having not heard from the Appellate Court, I filed <u>**Nannette Carley's Judicial Notice of Law warranting this Court's prevailing on the Attorney General of Texas to suspend all tax sales until such time as the Attorney General completes an investigation into wrongful takings of equity by Texas Courts**</u>, I also sent **<u>NOTICE OF YOUR DUTY TO AMEND A WRONG AND ENFORCE THE LAW</u>** to <u>Ken Paxton</u>, Attorney General of Texas, Texas <u>**Gov. Greg Abbot**</u>, <u>**Montgomery County DA Brett Ligon**</u>, and <u>**Sheriff Rand Henderson**</u> on that same day.

48) On **December 27, 2022** still not having heard from the Appellate Court, I filed **<u>Appellant Nannette Carley's Motion For Leave of the Court to Amend Reply Brief Based on Newly Discovered Information and Evidence</u>**.

49) On **January 24, 2023**, I received notice from the Court that the **Motion for Leave was denied**.

50) Case up for **submission before the panel on Monday August 21, 2023**.

51) **December 3, 2023** I received a copy of a filing into the 457th JUDICIAL DISTRICT Montgomery County District Court cause # **23-10-15364** styled **SAALWAECHTER INC vs TAMMY MCRAE, IN HER OFFICIAL CAPACITY AS THE MONTGOMERY COUNTY TAX ASSESSOR-COLLECTOR vs NANNETTE CARLEY**, entitled **GARNISHEE'S ANSWER AND COUNTERCLAIM**, in which apparently SAALWAECHTER INC. has sued the Montgomery County Tax Assessor collector for garnishment of $33,000.00 out of the funds I paid for the redemption of my Pin Oak property for payment of the Order For Sanctions against me (currently under appeal with the Texas 9th Circuit Court Of Appeals).which ordered a payment of $33,000.00 to the County. [?!???!!!?#@%&*??!!??!?] Apparently the Tax Assessor is then suing me for the funds out of the redemption money which is actually SAALWAECHTERS money, sooo…SAALWAECHTER is suing the tax assessor who is then suing me for SAALWAECHTER'S money for the County? To pay my supposed sanctions? [??!!??#%&@*??!!??] This appears to be a further attempt to strip me of assets, and deny me the ability to be made whole and fight this corruption

52) On **December 21, 2023** I filed <u>**APPELLANT NANNETTE CARLEY'S JUDICIAL NOTICE OF CONTINUING ACTIONS WARRANTING THIS COURT'S PREVAILING ON THE ATTORNEY GENERAL OF TEXAS TO INITIATE AN INVESTIGATION INTO CORRUPTION WITHIN THEMONTGOMERY COUNTY COURTS**</u>

53) On **January 10, 2024** I received a denial of my **<u>JUDICIAL NOTICE</u>** under rule 24 Texas Rules of Appellate Procedure, Suspension of Enforcement of Judgment. Pending Appeal in Civil Cases. **A judicial notice MUST be noticed and is not up for denial per law.**

54) On **January 12, 2024**, , I received a call from "Andrea" from the finance department of the Montgomery County District Clerk's Office stating that the Judge had ruled that the redemption funds paid to SAALWAECHTER, which were still in escrow at the Tax Assessors Office, be moved to the registry of the court and that I needed to come and give my ID and sign a W-4 tax form so that the funds could be held in an interest bearing account by the Court who she stated was now the "custodian" of the funds.

55) On **Jan 18, 2024**, Texas 9th **Court of Appeals affirmed** the decision of the lower court in a Memorandum Opinion that was so rambling and incorrect in its recounting of the case that it appeared that the court did not even review the case at all; and its **findings were so irregular to the law amounting to being perjury of oath and a complete violation of judicial canons.**

56) On **Jan 31, 2024** I filed a **Motion to rehear** in the Texas 9th **Court of Appeals**

57) On **February 28, 2024**, I received a **denial** of my **Motion to rehear**

58) On **April 4, 2024**, I filed **Petition for Review** with the Texas Supreme Court.

59) On **April 12, 2024** the Texas Supreme Court **received** my Petition for Review.

60) On **May 17, 2024** I discovered that David **Saalwaechter had filed fraudulent IRS liens** on my properties in Harris County in order to prevent me from selling them

61) On **May 17, 2024** the **Texas Supreme Court denied my Petition for Review**.

**Having read this document, you now have a duty to investigate these allegations and prosecute those guilty of crimes against the United States.** (For Official Persons only)

Prepared and submitted by:

_(signature)_

Nannette Carley
14090 FM 2920 Suite G
Tomball, Texas 77377
713-494-4727

**JURAT**

I, Nannette Carley do swear, affirm, and attest under the penalties of perjury, that the forgoing is true and correct to the best of my knowledge.

Nannette Carley

State of Texas }
County of HARRIS }

SWORN and SUBSCRIBED before me on the 2nd day of August, 20 24.

_(signature)_
Notary Public

BLANCA DELMI MORALES
Notary ID #131893450
My Commission Expires
February 14, 2027

Page **8** of **8**