United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NANNETTE CARLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-03396 |
| § | |
| SAALWAECHTER INC., *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In an Order issued simultaneously with this Final Judgment, the Court granted the Motions to Dismiss filed by Defendants County of Montgomery, Saaelwaechter, Inc., David Saaelwaechter, J. Randal Bays, and Tomball Independent School District (collectively, "Defendants"). Doc. #7; Doc. #10; Doc. #11; Doc. #12. Accordingly, the Court determines that Final Judgment should be entered pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Nannette Carley's injunctive and declaratory relief claims against Defendants are DISMISSED WITHOUT PREJUDICE pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Plaintiff's remaining claims against the Defendants are DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This is a Final Judgment disposing of all claims of all parties.

AUG 2 5 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge